IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE MOTION ) | |
| OF THE UNITED STATES OF AMERICA ) | No. 3:19MJ1641(SALM) |
| FOR A WRIT OF HABEAS CORPUS ) | |

September 27, 2021

**JOINT MOTION TO UNSEAL AND IDENTIFICATION
OF DOCUMENTS TO REMAIN UNDER SEAL**

The United States of America, by Jocelyn Courtney Kaoutzanis and Peter D. Markle, Assistant United States Attorneys, with the consent of defense counsel for Leighton Vanderberg, Tamar Birckhead, hereby move to unseal the docket in this case, but request that three documents on that docket remain sealed.

The litigation in this matter relates to the Government's motion to seal a writ of habeas corpus, pertaining to a witness, which was granted by Magistrate Judge Robert Spector on November 25, 2019, and a motion to seal a subsequent application for a writ of habeas corpus which was ultimately withdrawn.  See Docket Entry Numbers ("Dkt. Entry Nos.") 2, 10, 11. Because both defendants in the related case to this matter have recently pleaded guilty and much has been disclosed during discovery, there is no further need for the above captioned docket to remained sealed.   However, the parties are requesting that Dkt. Entry Nos. 22, 24 and 25 remain sealed for the reasons stated in Dkt. Entry No. 25.

1

The parties submit that this request is narrowly tailored and best balances safety concerns with the public's right of access.

        Respectfully submitted,

        LEONARD C BOYLE
        ACTING UNITED STATES ATTORNEY

        */s/ Jocelyn Courtney Kaoutzanis*
        JOCELYN COURTNEY KAOUTZANIS
        Federal Bar No. ct30426

        PETER D. MARKLE
        ASSISTANT UNITED STATES ATTORNEYS
        United States Attorney's Office
        157 Church Street, 23rd Floor
        New Haven, CT 06510
        Tel: (203) 821-3756

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY
